# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

XYZ Corporation

                Plaintiff,

v.                                    Case No.: 1:23−cv−05937

                                          Honorable Matthew F. Kennelly

The Partnerships and Unincorporated Associations Identified on Schedule A

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

      MINUTE entry before the Honorable Matthew F. Kennelly: Plaintiff's motion for entry of a preliminary injunction [21] is granted. Enter Preliminary Injunction Order. The telephonic hearing set for 10/3/2023 is vacated. The Clerk is directed to amend the caption and title of the case to read: DCStar Inc v. huirankenlai. The Clerk is directed to unseal all documents that were previously filed under seal. Law Firm Sullivan & Carter, LLP. is ordered to add all defendant names listed in the Schedule A to the docket within three business days. Instructions can be found on the court's website located at https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_cmecf/pdfs/v60/Add_Terminate_Instructions.pdf. The case is set for a telephonic status hearing on 12/4/2023 at 8:55 AM. The following call−in number will be used for the hearing: 888−684−8852, conference code 746−1053. Plaintiff is directed to file a status report on 11/27/2023. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.