# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| DCSTAR INC., <br><br> Plaintiff, <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule A, <br><br> Defendants. | Case No.: 23-cv-05937 <br><br> Judge Matthew F. Kennelly |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 18, 2023, in favor of the Plaintiff, DCSTAR INC. ("Plaintiff"), and against the Defendants Identified on Schedule A to the Complaint in the amounts indicated in Schedule B to the Final Judgment Order [34] for patent infringement in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Plaintiff acknowledges payment of an agreed upon damages amount, costs, and interest, and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| NO. | DEFENDANT |
|---|---|
| 136 | YKS Outdoor Preferred |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: March 28, 2024      Respectfully submitted,

*/s/ Alison K. Carter*
Ann Marie Sullivan
Alison K. Carter

**SULLIVAN & CARTER, LLP**
2743 N. Ridgeway Ave.
Chicago, Illinois 60647
Telephone: 929-724-7529
E-mail: a.carter@scip.law

***ATTORNEYS FOR PLAINTIFF***